UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

Liliana Carolina Yanes,      Case No. 25-cv-01376

                 Plaintiffs,     **STATEMENT PURSANT TO FRCP 7.1**

      -against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash,
Rakeshbhai Patel, Darpan Patel and Ronak Patel,

                 Defendants.

------------------------------------------------------------------------------- x

       Defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, by its attorney, IRA LEVINE, ESQ., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of their stock.

       The foregoing is certified to be true under penalty of perjury.

Dated: Massapequa, New York
        April 27, 2025

                                           _____
                                           IRA LEVINE, ESQ.