UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **July 8, 2025** |
| **TIME:** | **12:15PM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-1376 (LGD)** |
| **NAME OF CASE(S):** | Yanes v. Nilkant 2 Car Wash, LLC et al |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Ira Levine |
| **NEXT CONFERENCE(S):** | December 10, 2025 at 11:00AM via Teleconference |
| **FTR/COURT REPORTER:** | 12:24-12:42, via Zoom |

**RULINGS FROM INITIAL CONFERENCE:**
Case called. Counsel for all sides present.

For the reasons stated on the record, the Court sets the following discovery schedule: (1) Automatic disclosures under Fed. R. Civ. P. 26(a)(1) by **7/18/2025**; (2) preliminary discovery necessary for reasoned consideration of settlement by **8/15/2025**; (3) completion of fact discovery by **11/28/2025**; (4) joint certification of completion of all discovery by **11/28/2025**; and (5) dispositive motion practice with the district judge assigned to this case commenced by **1/5/2026**. Additionally, the deadline to move to amend the pleadings to add claims or join additional parties shall be **9/1/2025**. Any motion to amend the pleadings made on or after 9/2/2025 shall be denied absent a showing of good cause under Federal Rule of Civil Procedure 16(b)(4). *See Sacerdote v. New York University*, 9 F.4th 95, 115 (2d Cir. 2021).

This case is hereby referred to the EDNY Mediation Panel. For assistance with the mediation process or the selection of a mediator, counsel are invited to contact EDNY ADR Administrator Danielle B. Shalov at 718-613-2578. Mediation shall be completed by **10/3/2025**. The parties shall submit a joint status report on **10/10/2025**.

Plaintiff shall file executed summonses by **7/18/2025**.

The parties have indicated that they do not consent to the jurisdiction of the undersigned Magistrate Judge for all purposes. The Clerk of the Court is respectfully directed to assign a district judge to this case.

The parties shall attend a Status Conference via teleconference before the undersigned on **12/10/2025 at 10:00 AM**. The Court will send dial-in information to the parties before the conference begins.

<u>SO ORDERED</u>

<u>/s/ Lee G. Dunst</u>
LEE G. DUNST
United States Magistrate Judge