**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x

Liliana Carolina Yanes,                                                         Case No. 25-cv-01376

                            Plaintiffs,                           **NOTICE OF APPEARANCE**

               -against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash,
Rakeshbhai Patel, Darpan Patel and Ronak Patel,

                            Defendants.

------------------------------------------------------------------------------- x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      The undersigned attorneys are admitted to practice in this Court and appear in this case as the attorneys of record for the defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Darpan Patel and Ronak Patel, and demand service of all papers in this action.

Dated: Massapequa, New York
          July 16, 2025

                                           _____
                                           IRA LEVINE, ESQ.
                                           543 Broadway
                                           Attorney for Defendants except for
                                           Rakeshbhai Patel
                                           Massapequa, New York 11758
                                           Tel:   516-541-1072
                                           Email: ilevinelaw@optonline.net