## AFFIRMATION OF SERVICE

| Case: 2:25-cv-01376-LGD | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: , NY | Job: 13133878 (939306) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Liliana Carolina Yanes, | | **Defendant / Respondent:** Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, | |
| **Received by:** Guardian Process Serving | | **For:** PROOF | |
| **To be served upon:** Nilkhant 2 Car Wash LLC C/O NEW YORK SECRETARY OF STATE | | | |

David Jacques, Affirms and says that, the deponent is not a party herein, is over 18 years of age and resides at <u>137 EXCHANGE ST, ALBANY, NY 12205</u>. That on <u>Fri, Apr 18 2025 AT 11:58 AM AT 99 WASHINGTON AVE, ALBANY, NY 12210</u> deponent served the within <u>Summons and Complaint (Received Apr 14, 2025 at 11:41am EDT)</u> on <u>Nilkhant 2 Car Wash LLC C/O NEW YORK SECRETARY OF STATE</u>

**Recipient Name / Address:** Sue Zouky , ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210
**Manner of Service:** Secretary of State, Apr 18, 2025, 11:58 am EDT
**Documents:** Summons and Complaint (Received Apr 14, 2025 at 11:41am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 18, 2025, 11:58 am EDT at ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210 received by Sue Zouky . Age: 55-65; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'3"; Hair: Gray; Relationship: BUSINESS DOCUMENT SPEC 2;

_____
David Jacques

*I affirm this 23 day of APRIL, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*