UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Liliana Carolina Yanes** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 2:25-cv-01376-LGD |
| **Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,** | ) ) ) ) |
| *Defendant* | |

**AFFIDAVIT OF SERVICE**

Joe DeRosa, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on April 11, 2025, at 11:00 am at 4110 Hempstead Turnpike, Bethpage, NY 11714, Deponent served the within Complaint, Summons In A Civil Action, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Darpan Patel (hereinafter referred to as "subject") by workplace substituted service by leaving the following documents at the place of business of Darpan Patel with Jenny Davis who is the Manager of Car Wash authorized to accept and of suitable age and discretion. First class mailing was completed on April 15, 2025 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

My perception of the description of the individual served is as follows:
White Female, est. age 45-54, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7251255612,-73.4840151383
Photograph: See Exhibit 1


Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

| | |
|---|---|
| Executed in <u>Nassau County</u>, <u>NY</u> on <u>4/21/2025</u>. | /s/ *Joe DeRosa* <br> Signature <br> Server Name: Joe DeRosa <br> License#: 2095386-DCA |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)