

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 17, 2025

**VIA ECF**

Hon. Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Yanes, Liliana v Nilkhant 2 Car Wash LLC (Discrimination)*
                 Case No. 25-cv-01376

Dear Judge Choudhury:

    I represent the Plaintiff in the above referenced case. The parties are pleased to advise the Court that on September 29, 2025, the parties were able to reach a settlement with the assistance of the assigned EDNY Mediator. The parties respectfully request until October 31, 2025 to memorialize the settlement and submit a stipulation of dismissal.

                                                      Respectfully Submitted,

                                                        *Steven J. Moser*

                                                        Steven J. Moser

CC:    All counsel of record via ECF